## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Appellee,<br><br>vs.<br><br>Binswanger Corporate Services, Inc.,<br><br>Appellant. | Case No. 14-1350 |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY stipulated and agreed, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, by the above-captioned Appellant and above-captioned Appellee (together the "Parties"), by and through their respective counsel, that the above-captioned proceeding be dismissed. The Parties have agree that the Appellant will pay the Appellee $75,000.00 over the course of the next six (6) months to settle the claims arising out of the bankruptcy proceeding to avoid and recover preferences. The Parties shall each bear their respective attorneys' fees and costs. Based on the foregoing, this matter has been settled and this dismissal is with prejudice.

Dated: May 29, 2014         DORNBUSH SCHAEFFER STRONGIN &
                            VENAGLIA, LLP

                   By:      */s/ William F. Costigan*
                            William Francis Costigan
                            747 3rd Avenue, 11th Floor
                            New York, NY 10017

                            *Attorney for Appellant, Binswanger Corporate Services, Inc.*


                            And

Dated: May 29, 2014              ASK LLP

                              *By:*  */s/ Brigette G. McGrath*
                                     Brigette G. McGrath,
                                     Edward E. Neiger, Esq.
                                     151 West 46th Street, 4th Floor
                                     New York, NY 10036
                                     Telephone: (212) 267-7342

                                     *Attorneys for Appellee, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust*


                                                **SO ORDERED**

Dated:                                               _____
                                               J.

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Appellee,<br>vs.<br><br>Binswanger Corporate Services, Inc.,<br><br>Appellant. | Case No. 14-1350 |

## CERTIFICATE OF SERVICE

I, William F. Costigan, Esquire, hereby certify that on May 30, 2014, I caused a true and correct copy of the attached *Stipulation of Voluntary Dismissal*, to be served via First Class mail, postage prepaid, upon the parties listed below.

| | |
|---|---|
| Joseph L. Steinfeld, Jr., Esq.<br>Kara E. Casteel, Esq.<br>ASK Financial, LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121 | Edward E. Neiger, Esq.<br>Brigette G. McGrath, Esq.<br>ASK LLP<br>151 West 46th Street, 4th Floor<br>New York, NY 10036 |

Dated: May 30, 2014            Respectfully submitted,

**Dornbush Schaeffer Strongin & Venaglia, LLP**

*/s/ William F. Costigan*
William F. Costigan, Esquire
747 Third Ave.
New York, NY  10017
Phone: (212) 759-3300
Facsimile: (212) 753-7673
Electronic Mail: costigan@dssvlaw.com